| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Gilbert, Jeffrey T. | 2. Court or Organization<br><br>District Court - Northern Illinois, Eastern Division | 3. Date of Report<br><br>01/31/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

Everett McKinley Dirksen Courthouse
219 South Dearborn Street
Suite 1366
Chicago, Illinois 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. May 2010 | Partnership Withdrawal Agreement, Jeffrey T. Gilbert and Reed Smith LLP, Payment of portion of budgeted 2010 compensation, return of capital |
| 2. March 2007 | Reed Smith LLP 401(k) and Defined Benefit Plans |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|
| 1. 2011 | Northwestern University - adjunct faculty | $2,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Northshore University Health System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Advisors -Joint Invest. Acct - No Control | E | Int./Div. | P1 | T | | | | | |
| 2. Wells Fargo Advisors IRA Account (Self) - No control | A | Int./Div. | K | T | | | | | |
| 3. Wells Fargo Advisors IRA Account ___ - No control | A | Int./Div. | K | T | | | | | |
| 4. JP Morgan Chase Joint Bank Accounts (Various) | A | Interest | M | T | | | | | |
| 5. Reed Smith Partner Defined Benefit Plan - No control | D | Int./Div. | M | T | | | | | |
| 6. Reed Smith 401(k) Plan - Mellon Stable Asset Fund J | D | Interest | N | T | | | | | |
| 7. Reed Smith 401(k) Plan - Vanguard Retirement Savings Trust | B | Interest | K | T | | | | | |
| 8. Reed Smith 401(k) Plan - EB Daily Liq. Ag,. Bong Fund | C | Interest | L | T | | | | | |
| 9. Reed Smith 401(k) Plan - Pimco Total Ret. Fund | B | Interest | L | T | | | | | |
| 10. Reed Smith 401(k) Plan - Vanguard Wellington Fund | C | Int./Div. | L | T | | | | | |
| 11. Reed Smith 401(k) Plan - Allianz NFJ Div. Val. Fund | D | Int./Div. | M | T | | | | | |
| 12. AXA Variable Life Insurance - EQ/Bern Intern. | A | Int./Div. | J | T | | | | | |
| 13. AXA Variable Life Insurance - EQ/All Bern Small Cap Growth | A | Int./Div. | J | T | | | | | |
| 14. AXA Variable Life Insurance - EQ/Core Bond Index | A | Int./Div. | J | T | | | | | |
| 15. AXA Variable Life Insurance - EQ/ BlackRock Intern.Val. | A | Int./Div. | J | T | | | | | |
| 16. AXA Variable Life Insurance - AllBern Intern. | A | Int./Div. | J | T | | | | | |
| 17. AXA Variable Life Insurance - EQ/Equity Growth Plus | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AXA Variable Life Insurance - EQ/Large Cap Value Plus | A | Int./Div. | J | T | | | | | |
| 19. AXA Variable Life Insurance - EQ/MidCap Value Plus | A | Int./Div. | J | T | | | | | |
| 20. AXA Variable Life Insurance - EQ/Intermed Govt Bond Index | A | Int./Div. | J | T | | | | | |
| 21. AXA Variable Life Insurance - Multimanager Mid Cap Growth | A | Int./Div. | J | T | | | | | |
| 22. AXA Variable Life Insurance - Multimanager Mid Cap Value | A | Int./Div. | J | T | | | | | |
| 23. AXA Variable Life Insurance - Multimanager Multi-Sector Bond | A | Int./Div. | J | T | | | | | |
| 24. AXA Variable Life Insurance - Multimanager Small Cap Value | A | Int./Div. | J | T | | | | | |
| 25. Whitton Property (Phoenix, AZ) purch.1970 est. $5,000 | | None | J | T | | | | | |
| 26. Northshore Univ Health 403(b) [ ] - ING Artio Foreign | A | Int./Div. | J | T | | | | | |
| 27. Northshore Univ Health 403(b) [ ] - ING Small Co Fund | A | Int./Div. | J | T | | | | | |
| 28. Northshore Univ Health 403(b) [ ] - PIMCO Total Return | A | Int./Div. | J | T | | | | | |
| 29. Northshore Univ Health 403(b) [ ] - Stable Value | A | Int./Div. | K | T | | | | | |
| 30. Northshore Univ Health 403(b) [ ] - T Rowe Price Val Fn | A | Int./Div. | J | T | | | | | |
| 31. Reed Smith LLC partner capital account | A | Interest | J | T | Redeemed (part) | 03/31/11 | K | | Reed Smith LLP |
| 32. Sachnoff & Weaver, Ltd (former law firm) [X] | D | Distribution | J | T | | | | | |
| 33. Sachnoff & Weaver, Ltd (former law firm) [X] | C | Dividend | J | T | | | | | |
| 34. Walter Energy Inc. | A | Dividend | | | Buy | 01/14/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Marathon Oil Corp. | A | Dividend | J | T | Buy | 01/14/11 | J | | |
| 36. Walter Energy Inc. | A | Dividend | | | Buy | 01/14/11 | J | | |
| 37. Gildan Activewear Inc. | A | Dividend | | | Buy | 02/08/11 | J | | |
| 38. Teradyne Incorporated | A | Dividend | | | Buy | 02/08/11 | J | | |
| 39. Ascena Retail Group Inc. | A | Dividend | | | Buy | 02/08/11 | J | | |
| 40. Kinder Morgan Energy Partners LP United Ltd. Partnership Int | A | Dividend | | | Buy | 03/15/11 | K | | |
| 41. SPDR Gold Trust ETF | A | Dividend | | | Buy | 03/15/11 | K | | |
| 42. Parker-Hannifin Corp. | A | Dividend | | | Buy | 03/24/11 | K | | |
| 43. Marathon Oil Corp. | A | Dividend | J | T | Buy | 03/24/11 | J | | |
| 44. Research in Motion Ltd. | A | Dividend | | | Buy | 03/24/11 | J | | |
| 45. MKS Instruments Inc. | A | Dividend | | | Buy | 03/24/11 | J | | |
| 46. Express Scripts Inc. CL A | A | Dividend | | | Buy | 04/14/11 | J | | |
| 47. Agrium Inc. | A | Dividend | | | Buy | 04/14/11 | K | | |
| 48. Southern Cooper Corp. | A | Dividend | | | Buy | 04/14/11 | J | | |
| 49. Borg Warner Inc. | A | Dividend | L | T | Buy | 04/14/11 | K | | |
| 50. Deere & Co. | A | Dividend | J | T | Buy | 04/14/11 | K | | |
| 51. Cognizant Technology Solutions Corp. CL A | A | Dividend | | | Buy | 05/04/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Freeport-McMoran Cooper & Gold, Inc. Class B | A | Dividend | | | Buy | 06/09/11 | K | | |
| 53. Deere & Co. | A | Dividend | J | T | Buy | 06/09/11 | J | | |
| 54. DIRECTV Class A Common | A | Dividend | J | T | Buy | 06/09/11 | J | | |
| 55. State Pub Sch Bldg. Auth PA Sch Conneaut Sch Dist PJ-Ser | A | Dividend | K | T | Buy | 7/14/11 | K | | |
| 56. Moon Area Sch Dist PA G/O UNLTD B/E AGM | A | Interest | K | T | Buy | 7/14/11 | K | | |
| 57. New Braunfels TX CTF OBLG DB B/E Ambac | A | Interest | K | T | Buy | 7/15/11 | K | | |
| 58. Coca-Cola Company | A | Dividend | K | T | Buy | 7/20/11 | K | | |
| 59. Cummins Inc. | A | Dividend | | | Buy | 7/20/11 | J | | |
| 60. Molex Incorporated | A | Dividend | J | T | Buy | 7/20/11 | J | | |
| 61. Walgreen Company | A | Dividend | | | Buy | 7/20/11 | K | | |
| 62. Mastercard Inc. CL A | A | Dividend | K | T | Buy | 7/20/11 | J | | |
| 63. Warner Chilcott PLC CL A | A | Dividend | | | Buy | 7/20/11 | J | | |
| 64. Microsoft Corp. | A | Dividend | J | T | Buy | 7/20/11 | J | | |
| 65. Schlumberger Ltd. | A | Dividend | | | Buy | 7/20/11 | K | | |
| 66. Archer-Daniels-Midlnd Co. | A | Dividend | | | Buy | 7/20/11 | K | | |
| 67. F5 Networks Inc. | A | Dividend | | | Buy | 7/26/11 | J | | |
| 68. Broadcom Corp. CL A | A | Dividend | | | Buy | 7/26/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. MKS Instruments Inc. | A | Dividend | | | Buy | 7/26/11 | J | | |
| 70. SPDR Gold Trust ETF | A | Dividend | J | T | Buy | 8/2/11 | K | | |
| 71. Microsoft Corp. | A | Dividend | J | T | Buy | 8/2/11 | J | | |
| 72. Cummins Inc. | A | Dividend | J | T | Buy | 8/2/11 | J | | |
| 73. Ishares MSCI Brazil Index | A | Dividend | | | Buy | 8/11/11 | K | | |
| 74. SPDR S&P Dividend ETF | A | Dividend | K | T | Buy | 8/11/11 | L | | |
| 75. Ishares TR Russell 1000 Index FD | A | Dividend | | | Buy | 8/11/11 | K | | |
| 76. Mastercard Inc. CL A | A | Dividend | J | T | Buy | 8/16/11 | J | | |
| 77. Lululemon Athletica Inc. | A | Dividend | | | Buy | 8/16/11 | J | | |
| 78. Fossil Inc. | A | Dividend | J | T | Buy | 8/16/11 | J | | |
| 79. Dover Corp. Common | A | Dividend | J | T | Buy | 8/16/11 | J | | |
| 80. Edwards Lifescience Corp. | A | Dividend | J | T | Buy | 8/18/11 | J | | |
| 81. Chipotle Mexican Grill CL A | A | Dividend | | | Buy | 8/18/11 | J | | |
| 82. Green Mountain Coffee Roaster Inc. | A | Dividend | | | Buy | 8/18/11 | J | | |
| 83. Priceline Com Inc. Com New | A | Dividend | J | T | Buy | 8/18/11 | J | | |
| 84. Proshares Short Russell     Proshares Non-Traditional ETF 1 | A | Dividend | | | Buy | 8/19/11 | K | | |
| 85. Nvidia Corp. | A | Dividend | | | Buy | 8/23/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SPDR Gold Trust ETF | A | Dividend | J | T | Buy | 8/26/11 | J | | |
| 87. Powershares DB ETF Agriculture Fund | A | Dividend | | | Buy | 8/26/11 | J | | |
| 88. Proshares Short Russell ▨ Proshares Non-Traditional ETF 1 | A | Dividend | | | Buy | 8/26/11 | J | | |
| 89. I Shares Silver Trust | A | Dividend | | | Buy | 8/29/11 | J | | |
| 90. Nvidia Corp. | A | Dividend | J | T | Buy | 8/30/11 | J | | |
| 91. Vanguard Information ETF Technology | A | Dividend | J | T | Buy | 8/30/11 | K | | |
| 92. Chevron Corporation | A | Dividend | J | T | Buy | 8/30/11 | J | | |
| 93. Peabody Energy Corp. | A | Dividend | | | Buy | 8/30/11 | J | | |
| 94. Edwards Lifescience Corp. | A | Dividend | J | T | Buy | 8/30/11 | J | | |
| 95. Novartis AG Spon ADR | A | Dividend | J | T | Buy | 8/30/11 | J | | |
| 96. SPDR Gold Trust ETF | A | Dividend | J | T | Buy | 9/9/11 | J | | |
| 97. Capital One Financial Corp. | A | Dividend | | | Buy | 9/15/11 | J | | |
| 98. Vanguard Information ETF Technology | A | Dividend | J | T | Buy | 9/15/11 | J | | |
| 99. SPDR Gold Trust ETF | A | Dividend | J | T | Buy | 9/15/11 | J | | |
| 100. Jazz Pharmaceuticals Inc. | A | Dividend | | | Buy | 9/15/11 | J | | |
| 101. Shire PLC | A | Dividend | J | T | Buy | 9/15/11 | J | | |
| 102. Ishares TR Russell 1000 Index FD | A | Dividend | | | Buy | 9/15/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Powershares DB ETF Agricultural Fund | A | Dividend | | | Buy | 9/15/11 | J | | |
| 104. Corn Products Intl Inc. | A | Dividend | J | T | Buy | 10/4/11 | J | | |
| 105. General Mills Inc. | A | Dividend | J | T | Buy | 10/4/11 | J | | |
| 106. SPDR S&P Dividend ETF | A | Dividend | K | T | Buy | 10/4/11 | K | | |
| 107. Proshares Short Dow ETF 30 Non-Traditional ETF 1X | A | Dividend | | | Buy | 10/4/11 | K | | |
| 108. Vanguard Information ETF Technology | A | Dividend | K | T | Buy | 10/14/11 | K | | |
| 109. Ishares TR Russell 1000 Growth Index FD | A | Dividend | | | Buy | 10/14/11 | L | | |
| 110. Blackrock Inc. | A | Dividend | J | T | Buy | 10/20/11 | J | | |
| 111. JPMorgan Chase & Co. | A | Dividend | | | Buy | 10/20/11 | J | | |
| 112. Hansen Natural Corp. | A | Dividend | J | T | Buy | 10/28/11 | J | | |
| 113. Tractor Supply Company | A | Dividend | J | T | Buy | 10/28/11 | J | | |
| 114. Polaris Inds Inc. | A | Dividend | | | Buy | 10/28/11 | J | | |
| 115. KLA-Tencor Corp. | A | Dividend | J | T | Buy | 10/28/11 | J | | |
| 116. Google Inc. CL A | A | Dividend | J | T | Buy | 10/28/11 | J | | |
| 117. Dover Corp. Common | A | Dividend | J | T | Buy | 11/10/11 | J | | |
| 118. Jazz Pharmaceuticals Inc. | A | Dividend | | | Buy | 11/10/11 | J | | |
| 119. Agrium Inc. | A | Dividend | | | Buy | 11/10/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Aetna Inc. (New) | A | Dividend | J | T | Buy | 11/10/11 | J | | |
| 121. Symantec Corp. | A | Dividend | J | T | Buy | 11/10/11 | J | | |
| 122. Starbucks Corp. | A | Dividend | J | T | Buy | 11/10/11 | J | | |
| 123. Express Scripts Inc. CL A | A | Dividend | J | T | Buy | 11/10/11 | J | | |
| 124. O'Reilly Automotive Inc. | A | Dividend | J | T | Buy | 11/10/11 | J | | |
| 125. Cliffs Natural Resources | A | Dividend | J | T | Buy | 11/10/11 | J | | |
| 126. Green Mountain Coffee Roaster Inc. | A | Dividend | | | Buy | 11/10/11 | J | | |
| 127. Chevron Corporation | A | Dividend | J | T | Buy | 11/10/11 | J | | |
| 128. Old Dominion Freight Line Inc. | A | Dividend | J | T | Buy | 12/9/11 | J | | |
| 129. Google Inc. CL A | A | Dividend | J | T | Buy | 12/9/11 | J | | |
| 130. Corn Prods Intl. Inc. | A | Dividend | J | T | Buy | 12/9/11 | J | | |
| 131. Vanguard Utilities ETF | A | Dividend | K | T | Buy | 12/9/11 | K | | |
| 132. Potash Corp. of Saskatchewan Inc. | A | Dividend | J | T | Buy | 12/9/11 | J | | |
| 133. Oracle Corporation | A | Dividend | J | T | Buy | 12/9/11 | J | | |
| 134. SPDR S&P Divident ETF | A | Dividend | J | T | Buy | 12/9/11 | J | | |
| 135. Royal Dutch Shell PLC ADR CL A | A | Dividend | K | T | Buy | 12/9/11 | K | | |
| 136. Cummins Inc. | A | Dividend | J | T | Buy | 12/9/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. US Bancorp New | A | Dividend | J | T | Buy | 12/9/11 | J | | |
| 138. Viacom Inc CL B | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 139. Nucor Corp. | A | Dividend | K | T | Buy | 12/28/11 | K | | |
| 140. Potash Corp. of Saskatchewan Inc. | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 141. Omnicom Group | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 142. Safeway Inc. New | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 143. Genuine Parts Co. Com | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 144. Qualcomm Inc. | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 145. Telefonica S A Spon Adr | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 146. Helmerich & Payne Inc. | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 147. Baxter International nc. | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 148. Honeywell International Inc. | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 149. Perkinelmer Inc. | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 150. Caterpillar Inc. | A | Dividend | K | T | Buy | 12/28/11 | J | | |
| 151. Aetna Inc. (New) | A | Dividend | J | T | Buy | 12/28/11 | J | | |
| 152. SPDR S&P 500 Trust ETF | A | Dividend | | | Sold | 1/7/11 | K | | |
| 153. Constellation Brands Inc. CL A | A | Dividend | | | Sold | 1/18/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,000 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Constellation Brands Inc. CL A | A | Dividend | | | Sold | 2/8/11 | J | | |
| 155. Life Technologies Corp. | A | Dividend | | | Sold | 2/8/11 | J | | |
| 156. Tata Motors Limited Sponsored ADR | A | Dividend | | | Sold | 2/8/11 | J | | |
| 157. Treehouse Foods Inc. | A | Dividend | | | Sold | 2/8/11 | J | | |
| 158. Cisco Systems Inc. | A | Dividend | | | Sold | 2/10/11 | K | | |
| 159. Centurylink Inc. | A | Dividend | | | Sold | 3/9/11 | K | | |
| 160. F5 Networks Inc. | A | Dividend | | | Sold | 3/9/11 | J | | |
| 161. Marvell Technology Group Ltd. | A | Dividend | | | Sold | 3/9/11 | K | | |
| 162. Southern Copper Corp. | A | Dividend | | | Sold | 3/9/11 | K | | |
| 163. Freeport-McMoran Copper & Gold Inc. Class B | A | Dividend | | | Sold | 3/9/11 | K | | |
| 164. American Movil SAB DE CV ADR Series L | A | Dividend | | | Sold | 3/15/11 | K | | |
| 165. Chipotle Mexican Grill CL A | A | Dividend | | | Sold | 3/15/11 | J | | |
| 166. Lubrizol Corp. | A | Dividend | | | Sold | 3/15/11 | K | | |
| 167. ENDO Pharm Hldgs Inc. | A | Dividend | | | Sold | 4/14/11 | J | | |
| 168. Research In Motion Ltd. | A | Dividend | | | Sold | 5/4/11 | K | | |
| 169. Kinder Morgan Energy Partners LP Unit Ltd Partnership Int | A | Dividend | | | Sold | 6/9/11 | K | | |
| 170. New York Community Bancorp Inc. | A | Dividend | | | Sold | 6/9/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Teradyne Incorporated | A | Dividend | | | Sold | 6/9/11 | J | | |
| 172. Southern Copper Corp. | A | Dividend | | | Sold | 6/9/11 | J | | |
| 173. Cognizant Technology Solutions Corp. CL A | A | Dividend | | | Sold | 6/17/11 | K | | |
| 174. J M Smucker Co. | A | Dividend | | | Sold | 6/1711 | K | | |
| 175. Peabody Energy Corp. | A | Dividend | | | Sold | 6/17/11 | J | | |
| 176. Broadcom Corp. CL A | A | Dividend | | | Sold | 6/17/11 | J | | |
| 177. American Express Company | A | Dividend | | | Sold | 6/17/11 | K | | |
| 178. MKS Instruments Inc. | A | Dividend | | | Sold | 6/17/11 | J | | |
| 179. Aflac Inc. | A | Dividend | | | Sold | 6/17/11 | J | | |
| 180. Check Point Software Tech Ltd | A | Dividend | | | Sold | 7/20/11 | K | | |
| 181. Ace Limited | A | Dividend | | | Sold | 7/20/11 | K | | |
| 182. Watson Pharmaceuticals Inc. | A | Dividend | | | Sold | 7/20/11 | K | | |
| 183. Church & Dwight Inc. | A | Dividend | | | Sold | 7/20/11 | K | | |
| 184. The Southern Company | A | Dividend | | | Sold | 7/20/11 | K | | |
| 185. Pepsico Incorporated | A | Dividend | | | Sold | 7/20/11 | K | | |
| 186. Medicis Pharmaceutical Corp. CL A New | A | Dividend | | | Sold | 7/20/11 | K | | |
| 187. Marathon Petroleum Corp. | A | Dividend | | | Sold | 7/25/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. 3M Co. | A | Dividend | | | Sold | 7/26/11 | J | | |
| 189. Illinois Tool Works Inc. | A | Dividend | | | Sold | 7/26/11 | J | | |
| 190. Parker-Hannifin Corp. | A | Dividend | | | Sold | 8/2/11 | K | | |
| 191. Novellus Systems Inc. | A | Dividend | | | Sold | 8/2/11 | K | | |
| 192. Gildan Activewear Inc. | A | Dividend | | | Sold | 8/2/11 | K | | |
| 193. Walter Energy Inc. | A | Dividend | | | Sold | 8/4/11 | J | | |
| 194. Warner Chilcott PLC CL A | A | Dividend | | | Sold | 8/4/11 | K | | |
| 195. Ascena Retail Group Inc. | A | Dividend | | | Sold | 8/4/11 | J | | |
| 196. O'Reilly Automotive Inc. | A | Dividend | | | Sold | 8/4/11 | J | | |
| 197. Borg Warner Inc. | A | Dividend | | | Sold | 8/4/11 | J | | |
| 198. Express Scripts Inc. CL A | A | Dividend | | | Sold | 8/9/11 | J | | |
| 199. Franklin Resources Inc. | A | Dividend | | | Sold | 8/9/11 | J | | |
| 200. DirecTV Class A Common | A | Dividend | | | Sold | 8/9/11 | J | | |
| 201. Oracle Corporation | A | Dividend | | | Sold | 8/9/11 | J | | |
| 202. Illinois Tool Works Inc. | A | Dividend | | | Sold | 8/9/11 | J | | |
| 203. MKS Instruments Inc. | A | Dividend | | | Sold | 8/9/11 | J | | |
| 204. Newfield Exploration Company | A | Dividend | | | Sold | 8/9/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Cliffs Natural Resources | A | Dividend | | | Sold | 8/9/11 | J | | |
| 206. Agrium Inc. | A | Dividend | | | Sold | 8/9/11 | J | | |
| 207. Apache Corp. Common | A | Dividend | | | Sold | 8/9/11 | J | | |
| 208. Franklin Resources Inc. | A | Dividend | | | Sold | 8/16/11 | J | | |
| 209. Texas Instruments Inc. | A | Dividend | | | Sold | 8/19/11 | J | | |
| 210. Starbucks Corp. | A | Dividend | | | Sold | 8/19/11 | K | | |
| 211. American Express Company | A | Dividend | | | Sold | 8/19/11 | J | | |
| 212. F5 Networks Inc. | A | Dividend | | | Sold | 8/19/11 | J | | |
| 213. MKS Instruments Inc. | A | Dividend | | | Sold | 8/19/11 | J | | |
| 214. J M Smucker Co. | A | Dividend | | | Sold | 8/19/11 | J | | |
| 215. Walter Energy Inc. | A | Dividend | | | Sold | 8/19/11 | J | | |
| 216. SPDR Gold Trust ETF | A | Dividend | | | Sold | 8/24/11 | L | | |
| 217. Ishares MSCI Brazil Index | A | Dividend | | | Sold | 9/9/11 | J | | |
| 218. Proshares Short Russell     Proshares Non-Traditional ETF 1 | A | Dividend | | | Sold | 9/9/11 | K | | |
| 219. I Shares Silver Trust | A | Dividend | | | Sold | 9/13/11 | J | | |
| 220. IShares MSCI Brazil Index | A | Dividend | | | Sold | 9/13/11 | K | | |
| 221. Express Scripts Inc. CL A | A | Dividend | | | Sold | 9/13/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. SPDR Gold Trust ETF | A | Dividend | | | Sold | 9/23/11 | J | | |
| 223. Ishares TR Russell 1000 Index FD | A | Dividend | | | Sold | 9/23/11 | K | | |
| 224. SPDR S&P Dividend ETF | A | Dividend | | | Sold | 9/23/11 | K | | |
| 225. Freeport-McMoran Copper & Gold Inc. Class B | A | Dividend | | | Sold | 9/23/11 | J | | |
| 226. Edwards Lifescience Corp. | A | Dividend | | | Sold | 9/30/11 | J | | |
| 227. Archer-Daniels-Midlnd Co. | A | Dividend | | | Sold | 9/30/11 | K | | |
| 228. Schlumberger Ltd. | A | Dividend | | | Sold | 9/30/11 | J | | |
| 229. Walgreen Company | A | Dividend | | | Sold | 9/30/11 | J | | |
| 230. IShares TR Russell 1000 Index FD | A | Dividend | | | Sold | 10/4/11 | K | | |
| 231. Proshares Short Dow ETF 30 Non-Traditional ETF 1X | A | Dividend | | | Sold | 10/14/11 | K | | |
| 232. Newfield Exploration Company | A | Dividend | | | Sold | 10/20/11 | J | | |
| 233. Chipotle Mexican Grill CL A | A | Dividend | | | Sold | 10/20/11 | J | | |
| 234. Capital One Financial Corp. | A | Dividend | | | Sold | 10/20/11 | J | | |
| 235. Lululemon Athletica Inc. | A | Dividend | | | Sold | 10/20/11 | J | | |
| 236. Ascena Retail Group Inc. | A | Dividend | | | Sold | 10/28/11 | J | | |
| 237. Cummins Inc. | A | Dividend | | | Sold | 11/2/11 | J | | |
| 238. Caterpillar Inc. | A | Dividend | | | Sold | 11/2/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Peabody Energy Corporation | A | Dividend | | | Sold | 11/2/11 | J | | |
| 240. Nvidia Corp. | A | Dividend | | | Sold | 11/2/11 | J | | |
| 241. Deere & Co. | A | Dividend | | | Sold | 11/10/11 | J | | |
| 242. Freeport-McMoran Copper & Gold, Inc. Class B | A | Dividend | | | Sold | 11/10/11 | J | | |
| 243. Corn Products Intl Inc. | A | Dividend | | | Sold | 11/10/11 | J | | |
| 244. Apple Inc. | A | Dividend | | | Sold | 11/10/11 | J | | |
| 245. Schlumberger Ltd. | A | Dividend | | | Sold | 11/10/11 | J | | |
| 246. Ross Stores Inc. (Calif) | A | Dividend | | | Sold | 11/10/11 | J | | |
| 247. Vanguard Information ETF Technology | A | Dividend | | | Sold | 11/10/11 | K | | |
| 248. TJX Cos Inc. New | A | Dividend | | | Sold | 11/10/11 | J | | |
| 249. Ishares TR Russell 1000 Growth Index FD | A | Dividend | | | Sold | 11/23/11 | L | | |
| 250. JPMorgan Chase & Co. | A | Dividend | | | Sold | 11/23/11 | J | | |
| 251. Peabody Energy Corp. | A | Dividend | | | Sold | 12/9/11 | J | | |
| 252. Green Mountain Coffee Roaster Inc. | A | Dividend | | | Sold | 12/9/11 | K | | |
| 253. Schlumberger Ltd. | A | Dividend | | | Sold | 12/9/11 | J | | |
| 254. Apache Corp. Common | A | Dividend | | | Sold | 12/9/11 | J | | |
| 255. Powershares DB ETF Agricultural Fund | A | Dividend | | | Sold | 12/9/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Walgreen Company | A | Dividend | | | Sold | 12/9/11 | J | | |
| 257. Agrium Inc. | A | Dividend | | | Sold | 12/9/11 | J | | |
| 258. Jazz Pharmaceuticals Inc. | A | Dividend | | | Sold | 12/9/11 | J | | |
| 259. Freeport-McMoran Copper & Gold Inc. Class B | A | Dividend | | | Sold | 12/9/11 | J | | |
| 260. Broadcom Corp. CL A | A | Dividend | | | Sold | 12/9/11 | K | | |
| 261. Polaris Inds Inc. | A | Dividend | | | Sold | 12/28/11 | J | | |
| 262. Microsoft Corp. | A | Dividend | | | Sold | 12/28/11 | J | | |
| 263. Lower Twp NJ Gen Impt G/O UNLTD B/Q B/E AGM | A | Interest | | | Redeemed | 4/1/11 | K | | |
| 264. St. Louis MO Arpt Rev Airport Dev Prog Ser | A | Interest | | | Redeemed | 7/1/11 | K | | |
| 265. Illinois St College Svgs BDS G/O REG | A | Interest | | | Redeemed | 8/1/11 | J | | |
| 266. American Fork City UT G/O UNLTD B/E 3.800% Due 9/ | A | Interest | | | Redeemed | 9/1/11 | K | | |
| 267. Lee Cnty Fla Transn Facs RV Ref SR A Ambac B/E N/C UT | A | Interest | | | Redeemed | 10/3/11 | K | | |
| 268. Massachusetts St Va Ref & Pub Impt Ser | A | Interest | | | Redeemed | 11/1/11 | K | | |
| 269. Adams Cnty Co CTF Partn REV B/E NPFG 3.500% Due 12/1 | A | Interest | | | Redeemed | 12/1/11 | K | | |
| 270. Kane Cnty IL Debt CTF G/O UNLTD B/E CIFG Assuran B/Q | A | Interest | | | Redeemed | 12/15/11 | K | | |
| 271. Apple Inc. AAPL | A | Dividend | K | T | | | | | |
| 272. Canadian Natl Ry Co. CNI | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Caterpillar Inc. CAT | A | Dividend | J | T | | | | | |
| 274. Celgene Corp. CELG | A | Dividend | K | T | | | | | |
| 275. Check Point Software Tech Ltd. CHKP | A | Dividend | J | T | | | | | |
| 276. Cliffs Natural Resources CLF | A | Dividend | J | T | | | | | |
| 277. ConocoPhillips COP | A | Dividend | K | T | | | | | |
| 278. DirecTV Class A Common DTV | A | Dividend | J | T | | | | | |
| 279. Du Pont E.I. De Nemours and Company DD | A | Dividend | K | T | | | | | |
| 280. Molex Incorporated MOLX | A | Dividend | J | T | | | | | |
| 281. Novo Nordisk A S ADR NVO | A | Dividend | K | T | | | | | |
| 282. O'Reilly Automotive Inc. ORLY | A | Dividend | K | T | | | | | |
| 283. Oracle Corporation ORCL | A | Dividend | K | T | | | | | |
| 284. Ross Stores Inc. (Calif) ROST | A | Dividend | K | T | | | | | |
| 285. Starbucks Corp. SBUX | A | Dividend | K | T | | | | | |
| 286. TJX Cos. Inc. New TJX | A | Dividend | K | T | | | | | |
| 287. 3M Co. MMM | A | Dividend | J | T | | | | | |
| 288. Milwaukee Wisconsin Prom NTS SER | A | Interest | K | T | | | | | |
| 289. District Columbia REF-SER | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Brevard Cnty FL Merritt G/O Ltd B/E | A | Interest | K | T | | | | | |
| 291. Brevard Cnty FL Merritt Island G/O Ltd B/ | A | Interest | J | T | | | | | |
| 292. Rice LK WI Area School Dist SCH IMPT SER | A | Interest | K | T | | | | | |
| 293. Parma Ohio SER A | A | Interest | K | T | | | | | |
| 294. Mountaintop Area JT San Auth PA SWR REV | A | Interest | K | T | | | | | |
| 295. East China Sch Dist MI REF G/O UNLTD | A | Interest | K | T | | | | | |
| 296. Lanse Creuse MI Pub Sch REF G/O | A | Interest | K | T | | | | | |
| 297. Lincoln Park MI Sch Dist RFDG G/O | A | Interest | K | T | | | | | |
| 298. Miami Dade Cnty FL Expwy Auth Toll Sys REV SER | A | Interest | K | T | | | | | |
| 299. Holmen WI Corp PUPR SER | A | Interest | K | T | | | | | |
| 300. Huntsville AL CAP IMPT WTR SER | A | Interest | K | T | | | | | |
| 301. Huntington PA G/O B/E Assured Guar B/Q | A | Interest | K | T | | | | | |
| 302. Ontario OH Loc Sch Dist RFDG SCH IMPT G/O UNLTD | A | Interest | K | T | | | | | |
| 303. Snohomish & Island Cnty's WA S/D NO | A | Interest | K | T | | | | | |
| 304. New Britian CT Subser | A | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 01/31/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts, line 25, is a one-eighth interest in an Arizona partnership that owns a building located in Phoenix, AZ. ▢▢▢▢▢▢▢▢. All of the partners in the partnership ▢▢▢▢▢. My partnership interest was purchased in approximately 1970 for approximately $5,000 or less. Its present value is unknown but the investment is not liquid in any event.

Part VII, Investments and Trusts, lines 32 & 33 -- Sachnoff & Weaver, Ltd., is my former law firm that merged with Reed Smith LLP in 2007. I did not expect any more dividends or distributions from Sachnoff & Weaver, Ltd.

Part VII, Investments and Trusts, lines 34-304 -- The individual stocks and bonds listed are or were held in the Wells Fargo joint and/or IRA accounts listed on lines 1 and 2. All the transactions listed were in the ▢▢▢ account. There were no reportable transactions of $1,000 or more in the IRA account.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544